IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROY JACK WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-13-828-D |
| | ) |
| ALLSTATE FIRE AND CASUALTY | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**J U D G M E N T**

Pursuant to the Order issued this date, the Court enters summary judgment in favor of Defendant Allstate Fire and Casualty Insurance Company.

Entered this 30th day of September, 2016.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE