

**TOMLINSON · RUST · McKINSTRY · GRABLE**

A PROFESSIONAL CORPORATION

DIRECT NUMBER: 405/606-3366
DIRECT FAX NUMBER: 877/917-1559
E-MAIL: CANDACEH@TRMGLAW.COM

March 26, 2015

**VIA CERTIFIED MAIL, RRR**

Carin L. Marcussen, Esq.
Simone Fulmer, Esq.
FULMER GROUP
P.O. Box 2448
Oklahoma City, OK 73101

Marcus Mears, Esq.
CUNNINGHAM & MEARS, P.C.
228 Robert S. Kerr, Suite 200
Oklahoma City, OK 73102

Re:   *Roy Williams v. Allstate Fire and Casualty Insurance Company*
      Case No.: CIV-13-828-D, in the U.S.D.C. for the Western District of Oklahoma
      Our File No.: 0749-041

Dear Counsel,

Please find enclosed an *Offer of Judgement*.

Sincerely,

*Candace Addington*

CANDACE F. ADDINGTON
Paralegal to Ronald L. Walker



EXHIBIT 1

### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

ROY JACK WILLIAMS,

    Plaintiff,

v.

    Case No. CIV-13-828-D

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY,

    Defendant.

## OFFER OF JUDGMENT

Pursuant to Federal Rule of Civil Procedure 68 and 12 O.S. §1101.1, Defendant, Allstate Fire and Casualty Insurance Company ("Allstate"), hereby offers to confess judgment in the above-styled action to Plaintiff regarding all claims, including attorneys' fees, interest, and costs, all in the total amount of Twenty-Five Thousand Dollars ($25,000.00). This Offer is the compromise of disputed claims by Allstate in order to avoid the costs of litigation. This Offer is not an admission of any liability and Allstate expressly denies liability herein. Nor shall this Offer be construed as, or used as evidence of, an admission of liability by Allstate.

This Offer will be deemed withdrawn by operation of law if acceptance is not accomplished pursuant to Rule 68(B) within fourteen days of receipt of this Offer. Per Rule 68(B), evidence of an unaccepted Offer is not admissible in any action or proceeding except in a proceeding to determine costs.

Respectfully submitted,

/s/ *[signature]*

RONALD L. WALKER, OBA #9295
JERRY D. NOBLIN, JR. OBA #20296
TOMLINSON · RUST · MCKINSTRY · GRABLE
Two Leadership Square, Suite 450
211 North Robinson Ave.
Oklahoma City, Oklahoma 73102
Telephone:  405/606.3370
Facsimile:  877/917.1559
ronw@TRMGlaw.com
jerryn@TRMGlaw.com
*Attorneys for Defendant Allstate Fire and Casualty Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2015, a true and correct copy of the above and foregoing was mailed via certified mail, return receipt requested, to the following:

SIMONE G. FULMER, OBA #17037
CARIN L. MARCUSSEN, OBA #19869
FULMER GROUP
P.O. Box 2448
Oklahoma City, OK 73101
Telephone: 405/510-0077
Facsimile: 405/510-0077
sfulmer@fulmergrouplaw.com
cmarcussen@fulmergrouplaw.com

Marcus Mears, Esq.
CUNNINGHAM & MEARS, P.C.
228 Robert S. Kerr, Suite 200
Oklahoma City, OK 73102
Telephone: 405/232-1212
Facsimile: 405/232-1675

*Attorneys for Plaintiff*

RONALD L. WALKER