**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Simone Fulmer, ESQ.
   Carin Marcussen, ESQ.
   FULMER GROUP
   P.O. BOX 2448
   Okla. City, OK 73101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   Kristyna [illegible]

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

[postmark: CHESTER CITY STATION OKC OK 73125  M 27 15]

3. Service Type
   ☒ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)     7012 1010 0002 2997 7433

PS Form 3811, July 2013     Domestic Return Receipt



EXHIBIT 2

English    Customer Service    USPS Mobile                                        Register / Sign In

ALERT: The Postal Service is monitoring the progress of Hurricane Matthew. Check for updates on which service areas may be affected. Read More ›



# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›



**Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: **70121010000229977433**

## Product & Tracking Information

## Available Actions

**Postal Product:**            **Features:**
                               Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 27, 2015, 12:15 pm | Delivered | OKLAHOMA CITY, OK 73102 |

Your item was delivered at 12:15 pm on March 27, 2015 in OKLAHOMA CITY, OK 73102.

| | | |
|---|---|---|
| March 27, 2015, 11:27 am | Available for Pickup | OKLAHOMA CITY, OK 73101 |
| March 27, 2015, 12:52 am | Departed USPS Facility | OKLAHOMA CITY, OK 73107 |
| March 26, 2015, 6:41 pm | Arrived at USPS Facility | OKLAHOMA CITY, OK 73107 |

## Track Another Package

Tracking (or receipt) number

[                                    ]  Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



HELPFUL LINKS            ON ABOUT.USPS.COM          OTHER USPS SITES              LEGAL INFORMATION
Contact Us               About USPS Home            Business Customer Gateway     Privacy Policy
Site Index               Newsroom                   Postal Inspectors             Terms of Use
FAQs                     USPS Service Updates       Inspector General             FOIA
                         Forms & Publications       Postal Explorer               No FEAR Act EEO Data
                         Government Services        National Postal Museum
                         Careers                    Resources for Developers

Copyright © 2016 USPS. All Rights Reserved.