## SUMMARY OF ATTORNEY FEES

Williams v. Allstate

U.S.D.C. for the Western District of Oklahoma, Case No. CIV-13-828-D

| NAME | POSITION | HOURS | RATE | FEES |
|------|----------|-------|------|------|
| Candace Addington (CFH) | Paralegal | 61.1 | $65.00 | $3,971.50 |
| George Davis (GDD) | Attorney | 121.7 | $185.00 | $22,514.50 |
| Jerry Noblin, Jr. (JDN) | Attorney | 168.6 | $140.00 | $23,604.00 |
| Ronald Walker (RLW) | Director | 130.8 | $185.00 | $24,198.00 |
| | **TOTAL:** | **482.2** | **TOTAL:** | **$74,288.00** |

EXHIBIT

3



**T·R·M·G**

TOMLINSON · RUST · McKINSTRY · GRABLE

A PROFESSIONAL CORPORATION

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  2                                                                                    File No. 0749-041

| | | | | | |
|---|---|---|---|---|---|
| 4/13/2015 | RLW | L310 A106 | Telephone conference with John Bengston regarding discovery order and responses | 0.50 | $92.50 |
| 4/13/2015 | RLW | L310 A108 | Telephone conference with counsel for plaintiff regarding documents CM is to produce | 0.30 | $55.50 |



**T·R·M·G**

TOMLINSON · RUST · McKINSTRY · GRABLE

A PROFESSIONAL CORPORATION

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  3                                                                    File No. 0749-041

| Date | Initials | Code | Description | Hours | Amount |
|------|----------|------|-------------|-------|--------|
| 4/14/2015 | RLW | L120 A106 | Telephone conference with Lynn Preston regarding REDACTED | 0.50 | $92.50 |
| 4/14/2015 | RLW | L120 A106 | Correspondence to Lynn Preston regarding REDACTED | 0.40 | $74.00 |
| 4/17/2015 | CFH | L110 A101 | Review of upcoming deadlines and depositions and identify certain tasks and document production needed prior to these deadlines | 0.70 | $45.50 |
| 4/17/2015 | RLW | L120 A104 | Analysis of discovery issues raised by court order including depositions | 0.50 | $92.50 |
| 4/20/2015 | RLW | L330 A101 | Prepare documents to use for REDACTED 30b6 deposition | 1.00 | $185.00 |



**T·R·M·G**

TOMLINSON · RUST · McKINSTRY · GRABLE

A PROFESSIONAL CORPORATION

Re:    Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page   4                                                             File No. 0749-041

| 4/21/2015 | JDN | L120 A104 | Work on identifying additional document production responsive to scope of documents set by the Court | 1.70 | $238.00 |
| 4/21/2015 | RLW | L120 A104 | Review of additional op reports to determine responsiveness to court order regarding discovery | 0.60 | $111.00 |
| 4/21/2015 | RLW | L310 A104 | Review of education and training records to determine responsiveness | 1.50 | $277.50 |
| 4/22/2015 | RLW | L120 A106 | Extended telephone conference with John Bengston regarding REDACTED | 1.40 | $259.00 |



T·R·M·G
TOMLINSON · RUST · McKINSTRY · GRABLE
A PROFESSIONAL CORPORATION

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  5                                                                                          File No. 0749-041

| Date | | | | | |
|---|---|---|---|---|---|
| 4/22/2015 | RLW | L120 A103 | Correspondence to Denise Nichols regarding training history | 0.30 | $55.50 |
| 4/22/2015 | RLW | L120 A106 | Correspondence to Dan Hoffman regarding REDACTED REDACTED | 0.30 | $55.50 |
| 4/22/2015 | RLW | L120 A106 | Telephone conference with Denise Nichols regarding discovery issue REDACTED | 0.30 | $55.50 |
| 4/22/2015 | RLW | L120 A106 | Telephone conference with Dan Hoffman regarding Dana Maness REDACTED | 0.30 | $55.50 |
| 4/23/2015 | RLW | L120 A104 | Work on education and training documents for production ordered by the court | 1.00 | $185.00 |
| 4/23/2015 | RLW | L120 A104 | Review of plaintiffs' response and exhibits to our motion to compel | 0.60 | $111.00 |
| 4/24/2015 | CFH | L110 A106 | Telephone call with Denise Nichols regarding REDACTED | 0.20 | $13.00 |



**T·R·M·G**

TOMLINSON · RUST · McKINSTRY · GRABLE

A PROFESSIONAL CORPORATION

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  6

File No. 0749-041

| 4/24/2015 | RLW | L120 A104 | Review personnel files REDACTED REDACTED for responsiveness to court order | 1.50 | $277.50 |
|---|---|---|---|---|---|
| | | | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | | |
| | | | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | | |
| 4/27/2015 | CFH | L110 A106 | Email and telephone call to Dana Maness regarding list of training courses | 0.20 | $13.00 |
| 4/27/2015 | RLW | L120 A104 | Review of CD of documents for responsiveness to cost containment or medical management document request | 2.00 | $370.00 |
| 4/27/2015 | RLW | L230 A108 | Telephone conference with counsel for plaintiff regarding MSJ and depositions | 0.40 | $74.00 |
| 4/27/2015 | RLW | L120 A106 | Correspondence to John Bengston regarding conference with counsel | 0.30 | $55.50 |
| | | | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | | |
| 4/27/2015 | RLW | L120 A104 | Analysis of 30b6 issues for witness identifying and discussing schedule of documents | 0.80 | $148.00 |



**T·R·M·G**

TOMLINSON · RUST · McKINSTRY · GRABLE

A PROFESSIONAL CORPORATION

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  7                                                                                    File No. 0749-041

| Date | Atty | Code | Description | Hours | Amount |
|------|------|------|-------------|-------|--------|
| 4/27/2015 | RLW | L120 A104 | Review of documents for responsiveness to education and training records production | 1.00 | $185.00 |
| 4/28/2015 | CFH | L320 A104 | Review of additional documents for production pursuant to Court Order   REDACTED     REDACTED | 3.50 | $227.50 |
| 4/28/2015 | JDN | L120 A104 | Analyze new documents provided by Allstate to determine what is responsive to document production request | 3.20 | $448.00 |
| 4/28/2015 | JDN | L120 A104 | Correspondence to Lynn Preston at Allstate confirming documents provided to us | 0.10 | $14.00 |
| 4/28/2015 | RLW | L330 A101 | Preparation for 30b6 deposition witness on 13 different categories of documents | 3.00 | $555.00 |
| 4/28/2015 | RLW | L310 A104 | Review of documents for responsiveness and redactions for final production | 2.20 | $407.00 |
| 4/29/2015 | CFH | L320 A104 | Review all documents to be produced pursuant to Court Order relating to personnel files and the 30 (b)6 Schedule of Documents for redactions and preparation for production | 4.60 | $299.00 |
| 4/29/2015 | JDN | L120 A104 | Review document production for compliance with court's order and redaction of personal identifying information | 0.80 | $112.00 |



**T·R·M·G**

TOMLINSON · RUST · McKINSTRY · GRABLE

A PROFESSIONAL CORPORATION

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  8

File No. 0749-041

| Date | Atty | Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 4/29/2015 | RLW | L110 A106 | Telephone conference with Denise Nichols regarding        REDACTED | 0.50 | $92.50 |
| 4/29/2015 | RLW | L120 A104 | Work on schedule of documents list and documents to be produced | 1.00 | $185.00 |
| 4/30/2015 | CFH | L320 A101 | Review and complete remaining documents to be produced pursuant to Court Order and separately prepare documents to be sent to Dan Hoffman in preparation for 30(b)6 deposition | 1.20 | $78.00 |
| 4/30/2015 | CFH | L320 A104 | Review of almost 5000 pages of documents produced by Cunningham and Mears law firm | 2.20 | $143.00 |
| 4/30/2015 | GDD | L250 A101 | Analysis of hearing transcript, Court Order and new privilege log to prepare supplemental Motion to Compel production of documents Cunningham and Mears failed to include pursuant to Court Order | 3.60 | $666.00 |
| 4/30/2015 | JDN | L120 A104 | Analyze Plaintiff's new privilege log and arguments for why listed materials is not protected | 1.90 | $266.00 |
| 4/30/2015 | RLW | L330 A106 | Correspondence to Dan Hoffman regarding 30b6 | 0.50 | $92.50 |
| 4/30/2015 | RLW | L330 A108 | Telephone conference with counsel for plaintiff regarding depositions and scheduling order | 0.40 | $74.00 |
| 4/30/2015 | RLW | L320 A104 | Review of portion of box of documents received from plaintiff | 2.50 | $462.50 |
| 4/30/2015 | RLW | L120 A104 | Work on motion to compel plaintiff to comply with court order | 1.00 | $185.00 |

FED ID# 02-0753657
www.TRMGlaw.com | (405) 606-3350 | Two Leadership Square | 211 North Robinson Ave | Suite 450 | Oklahoma City, OK  73102



T·R·M·G

TOMLINSON · RUST · McKINSTRY · GRABLE

A PROFESSIONAL CORPORATION

File No. 0749-041

Re:     Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)

## STATEMENT FOR PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 5/01/2015 | CFH | L110 A104 | Review of our subpoena to Cunningham & Mears, our motion to compel, the motion to quash and the Court's Order for specific mention of communications with bad faith counsel and Cunningham & Mears characterizations of what our subpoena asked for to identify specific language to support a motion to enforce discovery order | 1.60 | $104.00 |
| 5/01/2015 | GDD | L250 A101 | Review of new "privilege log" and analysis of Plaintiff's new position regarding compliance with the Court's Order of April 9, 2015 for preparation of additional motion to compel | 2.80 | $518.00 |
| 5/01/2015 | JDN | L120 A104 | Review correspondence from Plaintiff's counsel regarding document production | 0.20 | $28.00 |
| 5/01/2015 | RLW | L120 A108 | Correspondence to plaintiff counsel regarding documents | 0.50 | $92.50 |
| 5/01/2015 | RLW | L120 A104 | Compare new privilege log to documents produced and prior logs to determine compliance with court order | 2.40 | $444.00 |



**T·R·M·G**

TOMLINSON · RUST · McKINSTRY · GRABLE

A PROFESSIONAL CORPORATION

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  2                                                                          File No. 0749-041

| 5/01/2015 | RLW | L120 A106 | Correspondence to John Bengston regarding documents production | 0.30 | $55.50 |
|---|---|---|---|---|---|
| 5/02/2015 | GDD | L250 A103 | Draft portion of Motion to Compel addressing Plaintiff's position that the Court's Order does not apply to previously undisclosed Cunningham & Mears file documents | 4.20 | $777.00 |
| 5/02/2015 | JDN | L120 A104 | Analysis of Plaintiff's refusal to comply with Court's order, options available to obtain compliance, and possible motion to compel | 1.20 | $168.00 |
| 5/04/2015 | CFH | L110 A104 | Review and analysis of all eight privilege logs provided by Cunningham & Mears for changes in descriptions regarding the contents of certain documents | 1.00 | $65.00 |
| 5/04/2015 | GDD | L250 A103 | Draft Motion to Compel argument that communications between bad faith counsel and Ryan Cunningham was part of original Order | 3.60 | $666.00 |
| 5/04/2015 | JDN | L120 A104 | Analysis of Plaintiff's new privilege log with older privilege logs to determine which entries have been changed to allege relation to bad faith suit work | 1.30 | $182.00 |
| 5/04/2015 | JDN | L120 A104 | Analyze 963 pages of Plaintiff's new document production | 4.20 | $588.00 |



**T·R·M·G**

TOMLINSON · RUST · McKINSTRY · GRABLE

A PROFESSIONAL CORPORATION

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  3                                                                                 File No. 0749-041

| Date | Initials | Codes | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/04/2015 | JDN | L120 A104 | Review correspondence from Plaintiff's counsel requesting specific documents be produced | 0.10 | $14.00 |
| 5/04/2015 | RLW | L120 A104 | Review of portion of documents produced by plaintiff pursuant to court order | 2.50 | $462.50 |
| 5/04/2015 | RLW | L120 A103 | Work on motion to enforce court order | 3.00 | $555.00 |
| 5/04/2015 | RLW | L120 A106 | Correspondence to John Bengston regarding plaintiff response | 0.50 | $92.50 |
| 5/05/2015 | CFH | L320 A101 | Prepare all important documents identified in Cunningham & Mears document production for preparation of Allstate's Motion to Enforce the Court's Order | 1.30 | $84.50 |
| 5/05/2015 | CFH | L110 A104 | Identify any items listed on prior privilege logs that are newly described in the new privilege log and prepare chart for comparison as exhibit to Allstate's Motion to Enforce the Court's Discovery Order | 1.80 | $117.00 |
| 5/05/2015 | CFH | L250 A103 | Work on Motion to Enforce the Court's Discovery Order and exhibits | 0.80 | $52.00 |



### T·R·M·G

**TOMLINSON · RUST · McKINSTRY · GRABLE**

A PROFESSIONAL CORPORATION

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  4

File No. 0749-041

| 5/05/2015 | CFH | L110 A106 | Email and telephone call with Lynn Preston regarding REDACTED REDACTED | 0.20 | $13.00 |
|---|---|---|---|---|---|



| 5/05/2015 | JDN | L120 A104 | Work on motion regarding enforcement of Court's discovery order | 3.60 | $504.00 |
|---|---|---|---|---|---|
| 5/05/2015 | JDN | L120 A104 | Analyze arguments for why Plaintiff's newly alleged protected materials are not protected by privilege | 1.60 | $224.00 |
| 5/05/2015 | JDN | L120 A104 | Review an additional 1050 pages from Plaintiff's new document production | 3.40 | $476.00 |
| 5/05/2015 | RLW | L120 A103 | Work on motion to enforce | 2.00 | $370.00 |
| 5/05/2015 | RLW | L120 A104 | Analysis of claims by plaintiff relating to document production | 1.00 | $185.00 |
| 5/05/2015 | RLW | L120 A106 | Telephone conference with Lynn Preston regarding document production | 0.60 | $111.00 |



**T·R·M·G**

TOMLINSON · RUST · McKINSTRY · GRABLE

A PROFESSIONAL CORPORATION

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  5                                                                                     File No. 0749-041

| Date | Initials | Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/05/2015 | RLW | L120 A104 | Review of issues raised by plaintiff counsel regarding document production | 0.50 | $92.50 |
| 5/06/2015 | CFH | L320 A104 | Review of document production sent to Plaintiff to identify specific documents Plaintiff claims is "missing" from production and identify each by Bates numbers | 0.50 | $32.50 |
| 5/06/2015 | JDN | L120 A104 | Review correspondence from Plaintiff's counsel regarding Allstate's document production | 0.20 | $28.00 |
| 5/06/2015 | JDN | L120 A104 | Work on new list of documents Plaintiff counsel has requested be produced | 0.30 | $42.00 |
| 5/06/2015 | JDN | L120 A104 | Analyze Plaintiff's Amended Notice for Corporate Representative Deposition listing new topics | 0.20 | $28.00 |
| 5/06/2015 | JDN | L120 A104 | Review Plaintiff's response brief and identify potential arguments for Allstate's Reply brief in support of motion to comply with Court's order | 1.50 | $210.00 |
| 5/06/2015 | RLW | L120 A106 | Correspondence to Dan Hoffman regarding documents | 0.30 | $55.50 |
| 5/06/2015 | RLW | L330 A108 | Correspondence to plaintiff counsel regarding discovery issues | 0.50 | $92.50 |
| 5/06/2015 | RLW | L330 A106 | Correspondence to John Bengston regarding discovery issues | 0.30 | $55.50 |



Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  6                                                                                   File No. 0749-041

| Date | Atty | Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/06/2015 | RLW | L120 A104 | Review of plaintiff's response brief | 1.00 | $185.00 |
| 5/06/2015 | RLW | L120 A104 | Work on reply brief regarding court ordered production | 1.00 | $185.00 |
| 5/07/2015 | GDD | L210 A103 | Draft Reply to Plaintiff's Response on compliance with April 9, 2015 Order on discovery | 1.50 | $277.50 |
| 5/07/2015 | JDN | L120 A104 | Review correspondences from Plaintiff's counsel regarding pending depositions | 0.20 | $28.00 |
| 5/07/2015 | JDN | L120 A104 | Analyze whether all pre-hearing privilege log entry descriptions involving bad faith counsel were changed in new post-hearing privilege log | 0.60 | $84.00 |
| 5/07/2015 | JDN | L120 A104 | Work on reply brief in support of Motion to Enforce Court Order | 1.70 | $238.00 |
| 5/07/2015 | JDN | L120 A104 | Work on counter-arguments to Plaintiff's response brief | 1.90 | $266.00 |



**T·R·M·G**

TOMLINSON · RUST · McKINSTRY · GRABLE

A PROFESSIONAL CORPORATION

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  7                                                                            File No. 0749-041

| | | | | | |
|---|---|---|---|---|---|
| 5/07/2015 | RLW | L120 A104 | Work on reply brief including review off numerous prior communications | 1.50 | $277.50 |
| 5/07/2015 | RLW | L120 A103 | Work on reply brief | 1.00 | $185.00 |
| 5/07/2015 | RLW | L120 A108 | Multiple communications with plaintiff counsel regarding numerous discovery issues | 1.50 | $277.50 |
| 5/07/2015 | RLW | L120 A103 | Work on response to pl;plaintiff's motion for extension | 1.00 | $185.00 |
| 5/08/2015 | CFH | L110 A104 | Review of multiple email communications with Plaintiff's counsel regarding depositions, specifically Plaintiff's experts deposition and extension of deadlines in preparation for response to Plaintiff's Motion to Extend Time to File Response to Defendant's Motion for Summary Judgment | 0.60 | $39.00 |
| 5/08/2015 | CFH | L110 A106 | Email correspondence with Lynn Preston REDACTED REDACTED in preparation for 30(b)6 deposition | 0.40 | $26.00 |
| 5/08/2015 | JDN | L120 A104 | Work on document production issues, including confirming that all responsive documents have been provided to us | 0.60 | $84.00 |
| 5/08/2015 | JDN | L120 A104 | Work on identifying documents and facts needed for Allstate's motion regarding discovery and Daubert deadlines | 0.80 | $112.00 |



**T·R·M·G**

TOMLINSON · RUST · McKINSTRY · GRABLE

A PROFESSIONAL CORPORATION

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  8                                                                   File No. 0749-041

| Date | Atty | Codes | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/08/2015 | RLW | L120 A104 | Work on response to plaintiff's motion for extension | 1.00 | $185.00 |
| 5/08/2015 | RLW | L330 A106 | Extended telephone conference with Lynn Preston regarding 30b6 issues | 0.60 | $111.00 |
| 5/08/2015 | RLW | L120 A106 | Telephone conference with John Bengston REDACTED REDACTED | 0.60 | $111.00 |
| 5/08/2015 | RLW | L120 A101 | Prepare for conference call | 0.50 | $92.50 |
| 5/09/2015 | JDN | L120 A104 | Review materials and prepare Allstate's motion to extend discovery and Daubert motion deadline and exhibits | 2.80 | $392.00 |
| 5/11/2015 | CFH | L250 A103 | Work on Allstate's Motion to Extend Discovery and Daubert Motion Deadlines and Allstate's Response to Plaintiff's Motion to Extend Response to Motion for Summary Judgment as well as identifying exhibits | 0.60 | $39.00 |
| 5/11/2015 | JDN | L120 A104 | Review Plaintiff's motion for extension to file response to Allstate's motion for summary judgment and prepare response brief | 0.80 | $112.00 |



Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  9                                                                    File No. 0749-041

| 5/11/2015 | RLW | L120<br>A103 | Work on response to plaintiff's motion for extension and defendant's motion | 1.20 | $222.00 |
| 5/11/2015 | RLW | L330<br>A106 | Extended telephone conference with Dan Hoffman for deposition preparation | 1.30 | $240.50 |
| 5/11/2015 | RLW | L330<br>A101 | Review of material for Dan Hoffman deposition preparation | 0.60 | $111.00 |
| 5/12/2015 | CFH | L210<br>A103 | Work on Subpoena to Testify at a Deposition to Mark Romano, the Notice of Subpoena and the Exhibit A listing documents to bring to deposition | 1.30 | $84.50 |
| 5/12/2015 | RLW | L120<br>A104 | Review of documents regarding 30b6 deposition | 0.80 | $148.00 |



TOMLINSON · RUST · McKINSTRY · GRABLE

A PROFESSIONAL CORPORATION

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  10                                                                File No. 0749-041

| Date | Staff | Code | Description | Hours | Amount |
|------|-------|------|-------------|-------|--------|
| 5/13/2015 | RLW | L320 A104 | Work on production of additional documents regarding 30b6 deposition | 1.40 | $259.00 |
| 5/13/2015 | RLW | L120 A104 | Review of documents provided by Lynn Preston | 0.60 | $111.00 |
| 5/13/2015 | RLW | L120 A104 | Compare claim history to documents provided by Lynn Preston in preparation for 30b6 deposition | 1.00 | $185.00 |
| 5/14/2015 | CFH | L320 A104 | Review and prepare additional documents for production to Plaintiff | 0.40 | $26.00 |
| 5/14/2015 | JDN | L120 A104 | Work on new document production responsive to Plaintiff's request for production | 0.40 | $56.00 |
| 5/14/2015 | JDN | L120 A104 | Review more than 1200 additional pages of Plaintiff's document production for evidence to support defenses | 3.60 | $504.00 |
| 5/14/2015 | JDN | L120 A104 | Work on identifying options for resolving impasse with Plaintiff's counsel over motion to enforce court's order | 0.40 | $56.00 |

FED ID# 02-0753657
www.TRMGlaw.com | (405) 606-3350 | Two Leadership Square | 211 North Robinson Ave | Suite 450 | Oklahoma City, OK  73102



## T·R·M·G
### TOMLINSON · RUST · McKINSTRY · GRABLE
A PROFESSIONAL CORPORATION

Re:    Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page   11                                                                    File No. 0749-041

| Date | | | | | |
|------|------|-----------|------|------|---------|
| 5/14/2015 | RLW | L120 A103 | Correspondence to John Bengston regarding order for hearing | 0.70 | $129.50 |
| 5/14/2015 | RLW | L330 A108 | Multiple correspondence with counsel for plaintiff regarding discovery and other issues | 2.30 | $425.50 |
| 5/14/2015 | RLW | L120 A104 | Develop strategy in response to court's order for hearing | 1.00 | $185.00 |
| 5/14/2015 | RLW | L120 A104 | Analysis of documents provided by Lynn Preston | 1.50 | $277.50 |
| 5/15/2015 | JDN | L120 A104 | Review Plaintiff's privilege logs for key dates and entries demonstrating involvement by bad faith counsel in handling of med-pay claim | 0.80 | $112.00 |
| 5/15/2015 | JDN | L120 A104 | Analyze remaining 1500+ documents provided by Plaintiff's counsel in response to Judge's order | 3.30 | $462.00 |
| 5/15/2015 | RLW | L120 A104 | Conference at plaintiff counsel office to review documents ordered to be produced by the court but which plaintiff still objects | 2.50 | $462.50 |
| 5/15/2015 | RLW | L120 A101 | Prepare for inspection of documents including review of all prior privilege logs | 0.70 | $129.50 |
| 5/15/2015 | RLW | L330 A108 | Communication with plaintiff counsel regarding motion for extending depositions | 0.50 | $92.50 |



## T·R·M·G
### TOMLINSON · RUST · McKINSTRY · GRABLE
#### A PROFESSIONAL CORPORATION

Re:    Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page   12                                                              File No. 0749-041

| 5/16/2015 | RLW | L330<br>A108 | Correspondence to plaintiff counsel regarding agreement on discovery | 0.50 | $92.50 |
|---|---|---|---|---|---|
| ████████ | ████ | ████ | ████████████████████████████ | ████ | ████ |
| 5/18/2015 | JDN | L120<br>A104 | Analyze Plaintiff's insurance policy for provisions regarding when coverages are primary and excess | 0.40 | $56.00 |
| 5/18/2015 | JDN | L120<br>A104 | Analyze whether med-pay policy provision regarding when substitute auto and non-owned auto are involved the policy will be excess has been enforced by courts | 3.40 | $476.00 |
| ████████ | ████ | ████ | ████████████████████████████ | ████ | ████ |
| 5/19/2015 | CFH | L110<br>A101 | Review and isolate a group of documents from the Cunningham and Mears document production to be used for trial and/or the deposition of Marcus Mears | 0.60 | $39.00 |
| 5/19/2015 | GDD | L320<br>A104 | Analysis of Plaintiff's newly produced documents to determine compliance with court order | 4.20 | $777.00 |
| 5/19/2015 | JDN | L120<br>A104 | Work on issues involving Allstate's motion to enforce and Plaintiff's new document production of allegedly privileged materials | 0.90 | $126.00 |
| 5/19/2015 | JDN | L120<br>A104 | Prepare correspondence to Plaintiff's counsel detailing additional document production | 0.40 | $56.00 |



**T·R·M·G**

TOMLINSON · RUST · McKINSTRY · GRABLE

A PROFESSIONAL CORPORATION

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  13

File No. 0749-041

| 5/19/2015 | JDN | L120 A104 | Work on potential disputed issues for Allstate's corporate representative deposition | 1.10 | $154.00 |
|---|---|---|---|---|---|
| | | | ██████████████████████ | | |
| | | | ██████████████████████ | | |
| 5/19/2015 | RLW | L120 A101 | Prepare material for deposition preparation for Lynn Preston | 1.00 | $185.00 |
| 5/19/2015 | RLW | L120 A104 | Analysis of issues relating to 30b6 deposition of Cunningham & Mears including review of documents produced by C&M | 2.00 | $370.00 |
| 5/20/2015 | CFH | L250 A103 | Work on Motion to Withdraw Motion to Extend Deadlines and proposed Order due to recent agreement with Plaintiff and filing of a Joint Motion to Extend Deadlines | 0.30 | $19.50 |
| 5/20/2015 | CFH | L330 A101 | Prepare documents needed for preparing Dan Hoffman and Lynn Preston for deposition | 2.40 | $156.00 |
| 5/20/2015 | JDN | L120 A104 | Identify documents from Plaintiff's privilege log that Allstate should challenge and have ordered produced | 0.80 | $112.00 |
| 5/20/2015 | JDN | L120 A104 | Work on notice and motion to Court regarding pending motions for extension submitted by the parties | 0.30 | $42.00 |
| 5/20/2015 | JDN | L120 A104 | Analyze legal authority cited by Plaintiff counsel for why med pay benefits could not be distributed upon receipt from Allstate | 0.80 | $112.00 |



**T·R·M·G**

TOMLINSON · RUST · McKINSTRY · GRABLE

A PROFESSIONAL CORPORATION

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page   14                                                                         File No. 0749-041

| | | | | | |
|---|---|---|---|---|---|
| 5/20/2015 | JDN | L120 A104 | Review documents sent by Plaintiff's counsel regarding pending deadlines and motion to file with court | 0.20 | $28.00 |
| 5/20/2015 | RLW | L210 A103 | Work on joint motion for extension of specific dates | 0.60 | $111.00 |
| 5/20/2015 | RLW | L330 A108 | Telephone conference with counsel for plaintiff regarding C&M documents | 0.50 | $92.50 |
| 5/20/2015 | RLW | L120 A104 | Prepare proposal for resolution of C&M document production issues | 0.50 | $92.50 |
| 5/20/2015 | RLW | L450 A108 | Telephone conference with plaintiff counsel and court case manager regarding hearing | 0.30 | $55.50 |
| 5/21/2015 | CFH | L330 A101 | Review of certain file material and preparation of additional documents to be sent to Birmingham for depositions of Dan Hoffman and Lynn Preston | 1.40 | $91.00 |
| 5/21/2015 | CFH | L110 A103 | Review of documents from multiple sources and begin preparation of credit issue timeline | 1.70 | $110.50 |
| 5/21/2015 | JDN | L120 A104 | Work on proposed order to send to Federal Court | 0.10 | $14.00 |



**T·R·M·G**

TOMLINSON · RUST · McKINSTRY · GRABLE

A PROFESSIONAL CORPORATION

Re:    Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  15                                                                    File No. 0749-041

| Date | Initials | Codes | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/21/2015 | RLW | L120 A106 | Extended telephone conference with John Bengston regarding    REDACTED | 0.50 | $92.50 |
| 5/22/2015 | CFH | L110 A108 | Email correspondence with Denton's office regarding Mr. Romano's deposition and recent Order filed granting extensions of deadlines | 0.10 | $6.50 |
| | | | ████████████████████ | | |
| 5/22/2015 | CFH | L110 A103 | Continue review of documents and preparation of credit issue timeline | 1.80 | $117.00 |
| 5/22/2015 | JDN | L120 A104 | Prepare joint motion regarding discovery disputes and striking of hearing | 1.40 | $196.00 |
| 5/22/2015 | JDN | L120 A104 | Correspondence to Plaintiff's counsel regarding motion | 0.10 | $14.00 |
| 5/22/2015 | JDN | L120 A104 | Analyze Plaintiff's underwriting file sent by Allstate in response to Plaintiff's requests for production of documents | 0.80 | $112.00 |
| 5/25/2015 | RLW | L330 A101 | Prepare for depositions of Birmingham witnesses | 2.00 | $370.00 |
| | | | ████████████████████ | | |
| 5/26/2015 | CFH | L320 A101 | Work on recently received documents for production to Plaintiff and email to Plaintiff regarding same | 0.40 | $26.00 |



**T·R·M·G**

TOMLINSON · RUST · McKINSTRY · GRABLE

A PROFESSIONAL CORPORATION

Re:    Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page   16

File No. 0749-041

| 5/26/2015 | RLW | L330 A106 | Two Telephone conference with Dan Hoffman regarding deposition preparation | 0.50 | $92.50 |
|-----------|-----|-----------|----------------------------------------------------------------------------|------|--------|
| 5/27/2015 | CFH | L210 A103 | Work on proposed order regarding Joint Motion Regarding Discovery Dispute and Hearing | 0.30 | $19.50 |
| 5/27/2015 | CFH | L110 A108 | Email correspondence to Judge's clerk regarding proposed Order | 0.10 | $6.50 |
| 5/27/2015 | JDN | L120 A104 | Analysis of more than 100 documents to which Plaintiff is claiming privilege to determine arguments for brief for why not protected | 3.90 | $546.00 |
| 5/27/2015 | JDN | L120 A104 | Correspondence to Plaintiff's counsel regarding status of motion | 0.10 | $14.00 |
| 5/27/2015 | JDN | L120 A104 | Telephone call from Plaintiff's counsel discussing documents for which privilege may be waived | 0.20 | $28.00 |
| 5/27/2015 | JDN | L120 A104 | Work on order to send to federal court granting motion | 0.10 | $14.00 |



## T·R·M·G
### TOMLINSON · RUST · McKINSTRY · GRABLE
A PROFESSIONAL CORPORATION

Re:    Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page   17                                                                          File No. 0749-041

| | | | | | |
|---|---|---|---|---|---|
| 5/27/2015 | RLW | L330 A109 | Deposition of Dan Hoffman in Birmingham | 7.00 | $1,295.00 |
| 5/27/2015 | RLW | L120 A106 | Conference with Dan Hoffman after deposition | 0.50 | $92.50 |
| 5/27/2015 | RLW | L330 A106 | Extended telephone conference with Lynn Preston regarding her deposition | 0.70 | $129.50 |
| 5/28/2015 | RLW | L330 A109 | Deposition of Lynn Preston | 4.00 | $740.00 |
| 5/28/2015 | RLW | L120 A106 | Conference with Lynn Preston after deposition | 0.40 | $74.00 |
| 5/29/2015 | CFH | L110 A106 | Email correspondence to Lynn Preston and telephone call with Bob Lamb regarding certain documents identified during Lynn's deposition and requested to be produced by Plaintiff | 0.50 | $32.50 |
| 5/29/2015 | RLW | L330 A103 | Prepare reports on depositions | 1.30 | $240.50 |



File No. 0749-041

Re:    Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)

STATEMENT FOR PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 6/01/2015 | CFH | L110 A104 | Review of additional documents received from Lynn Preston relating to document production requested by Plaintiff during her deposition | 0.50 | $32.50 |
| 6/01/2015 | JDN | L120 A104 | Conference call with Lynn Preston regarding NextGen screenshots and related materials | 0.50 | $70.00 |
| 6/01/2015 | JDN | L120 A104 | Work on response to Plaintiff counsel's request that documents mentioned in deposition be produced | 0.70 | $98.00 |
| 6/01/2015 | RLW | L120 A106 | Four telephone discussions with Lynn Preston regarding Nextgen documents and screen shot issues | 2.00 | $370.00 |
| 6/01/2015 | RLW | L120 A104 | Work on issues relating to 30b6 deposition testimony and document production regarding RFP 4 and | 2.50 | $462.50 |



**T·R·M·G**

TOMLINSON · RUST · McKINSTRY · GRABLE

A PROFESSIONAL CORPORATION

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  2                                                                    File No. 0749-041

| | | | | | |
|---|---|---|---|---|---|
| 6/02/2015 | JDN | L120<br>A104 | Prepare correspondence to Plaintiff's counsel regarding additional document production | 0.20 | $28.00 |
| 6/02/2015 | JDN | L120<br>A104 | Work on determining whether new documents provided by Allstate are discoverable | 1.60 | $224.00 |
| 6/02/2015 | RLW | L120<br>A104 | Analysis of issues dealing producing Nextgen information | 2.00 | $370.00 |
| 6/02/2015 | RLW | L320<br>A108 | Correspondence to plaintiff counsel regarding documents | 0.40 | $74.00 |
| 6/02/2015 | RLW | L120<br>A106 | Extended telephone conference with John Bengston regarding      REDACTED REDACTED | 1.00 | $185.00 |
| 6/02/2015 | RLW | L330<br>A106 | Extended telephone conference with Denise Nichols regarding preparation for deposition | 1.60 | $296.00 |



**T·R·M·G**

TOMLINSON · RUST · McKINSTRY · GRABLE

A PROFESSIONAL CORPORATION

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  3

File No. 0749-041

| Date | | | | | |
|---|---|---|---|---|---|
| 6/03/2015 | JDN | L120 A104 | Prepare Amended Privilege Log for new entries of protected information | 0.50 | $70.00 |



| 6/11/2015 | JDN | L120 A104 | Work on support for argument that documents showing person stands to gain financially from outcome of case are discoveraable | 3.40 | $476.00 |
| 6/11/2015 | JDN | L120 A104 | Review disputed documents for which counsel claims privilege and prepare groupings of same for motion | 1.60 | $224.00 |
| 6/11/2015 | JDN | L120 A104 | Work on outline of arguments and supporting evidence for Motion To Enforce Court Order | 1.50 | $210.00 |



| 6/12/2015 | CFH | L320 A104 | Review of Cunningham and Mears documents provided for review under privilege claims and preparation of documents waived for part of the file | 0.70 | $45.50 |

FED ID# 02-0753657

www.TRMGlaw.com | (405) 606-3350 | Two Leadership Square | 211 North Robinson Ave | Suite 450 | Oklahoma City, OK  73102



Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  4                                                                                    File No. 0749-041

| 6/12/2015 | CFH | L110 A104 | Review of records from Cunningham & Mears and continue adding additional information to timeline relating to credit claim issue and all correspondence involved | 1.60 | $104.00 |
|-----------|-----|-----------|---|------|---------|

[REDACTED]

| 6/12/2015 | JDN | L120 A104 | Work on support for argument that attorney client privilege does not protect communications to third-party medical providers and related work product issues | 0.80 | $112.00 |
|-----------|-----|-----------|---|------|---------|
| 6/12/2015 | JDN | L120 A104 | Telephone call with plaintiff counsel regarding certain objections to alleged privileged documents | 0.20 | $28.00 |
| 6/12/2015 | JDN | L120 A104 | Work on argument for Motion To Enforce that med pay counsel's communications with bad faith counsel were known to be part of the file already ordered to be produced by Court | 3.20 | $448.00 |

[REDACTED]

| 6/15/2015 | JDN | L120 A104 | Work on Motion To Enforce argument that Plaintiff's arguments merely rehash what has already been considered and rejected by the Court | 2.10 | $294.00 |
|-----------|-----|-----------|---|------|---------|
| 6/15/2015 | JDN | L120 A104 | Work on argument for Motion To Enforce that documents showing a witness's financial interest in | 3.10 | $434.00 |



**T·R·M·G**

TOMLINSON · RUST · McKINSTRY · GRABLE

A PROFESSIONAL CORPORATION

Re:  Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  5                                                                    File No. 0749-041

documents showing a witness's financial interest in
outcome of case are relevant and discoverable

| Date | Initials | Codes | Description | Hours | Amount |
|---|---|---|---|---|---|
| 6/16/2015 | JDN | L120 A104 | Correspondence to and telephone call with Plaintiff counsel regarding objections on sescond set of disputed docuements | 0.20 | $28.00 |
| 6/16/2015 | JDN | L120 A104 | Prepare Motion To Enforce argument that counsel's draft petitions adn communications regarding strategic considerations are relevant and discoverable | 3.30 | $462.00 |
| 6/16/2015 | RLW | L310 A103 | Work on brief regarding CM document production | 0.60 | $111.00 |
| 6/17/2015 | CFH | L250 A103 | Work on sealed Motion to Enforce Court's Discovery Order and exhibits | 2.30 | $149.50 |
| 6/17/2015 | GDD | L250 A103 | Draft and edit Motion to Compel Production of Documents | 2.50 | $462.50 |
| 6/17/2015 | JDN | L120 A104 | Telephone call to Plaintiff's counsel regarding sealed exhibit | 0.10 | $14.00 |
| 6/17/2015 | JDN | L120 A104 | Work on amendments to arguements for Motion To Enforce Court's Order | 3.80 | $532.00 |
| 6/17/2015 | JDN | L120 A104 | Prepare legal and fact citations for brief and confirm exhibits for filing | 0.70 | $98.00 |



**TOMLINSON · RUST · McKINSTRY · GRABLE**

A PROFESSIONAL CORPORATION

Re:    Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  6                                                                        File No. 0749-041

| 6/17/2015 | RLW | L120 A103 | Work on motion to compel CM documents | 1.00 | $185.00 |
|-----------|-----|-----------|---------------------------------------|------|---------|
| 6/18/2015 | JDN | L120 A104 | Work on amended Privilege Log to send to Plaintiff counsel | 0.20 | $28.00 |
| 6/18/2015 | JDN | L120 A104 | Review claim history report for involvement by certain Allstate employees | 0.30 | $42.00 |
| 6/18/2015 | JDN | L120 A104 | Correspondence to Plaintiff's counsel regarding privilege log | 0.10 | $14.00 |
| 6/19/2015 | CFH | L210 A104 | Review of recent depositions and important documents for preparation of Reply brief on Allstate's Motion to Enforce Court's Discovery Order | 0.30 | $19.50 |
| 6/22/2015 | CFH | L320 A104 | Review and redact certain information from Cunningham & Mears document production waived by Marcus Mears | 0.40 | $26.00 |
| 6/22/2015 | CFH | L110 A104 | Review of certain documents and pleadings for relevant material for preparation of Reply to Plaintiffs Response to Motion for Summary Judgment | 1.00 | $65.00 |
| 6/22/2015 | GDD | L240 A104 | Review and analyze deposition of Dan Hoffman for preparation of anticipated arguments in Reply brief on our motion for summary judgment | 2.40 | $444.00 |
| 6/22/2015 | JDN | L120 A104 | Work on new evidence to support arguments in summary judgment motion obtained from Plaintiff's latest document production | 2.10 | $294.00 |



**T·R·M·G**

TOMLINSON · RUST · McKINSTRY · GRABLE

A PROFESSIONAL CORPORATION

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  7                                                                File No. 0749-041

| Date | Atty | Code | Description | Hours | Amount |
|------|------|------|-------------|-------|--------|
| 6/23/2015 | GDD | L240 A104 | Review and analyze deposition and exhibits of Denise Nichols for preparation of Reply brief on motion for summary judgment | 2.50 | $462.50 |
| 6/23/2015 | JDN | L120 A104 | Analyze Plaintiff's pleadings and correspondence for arguments and evidence Plaintiff will make to support bad faith allegations and defeat summary judgment | 3.70 | $518.00 |
| 6/23/2015 | JDN | L120 A104 | Work on selecting documents obtained by court order for list of key documents for defense of case | 0.50 | $70.00 |
| 6/24/2015 | GDD | L240 A104 | Review and analyze Lynn Preston's deposition and exhibits for preparation of Reply brief on motion for summary judgment | 2.20 | $407.00 |

FED ID# 02-0753657
www.TRMGlaw.com | (405) 606-3350 | Two Leadership Square | 211 North Robinson Ave | Suite 450 | Oklahoma City, OK  73102



## T·R·M·G

**TOMLINSON · RUST · McKINSTRY · GRABLE**

A PROFESSIONAL CORPORATION

Re:  Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  8                                                                                    File No. 0749-041

| Date | | | | | |
|------|------|------|------|------|------|
| 6/24/2015 | JDN | L120 A104 | Review case law support for argument that it is reasonable for insurer to rely on claimant counsel's statements that he would provide medical records when treatment is complete | 0.30 | $42.00 |
| 6/24/2015 | JDN | L120 A104 | Review policy for provisions requiring claimant to provide a medical authorization and submit to an independent medical examination | 0.20 | $28.00 |
| 6/24/2015 | JDN | L120 A104 | Work on identifying factual scenarios regarding when conduct is viewed as negligence and cannot form basis for a bad faith claim | 1.60 | $224.00 |
| 6/25/2015 | JDN | L120 A104 | Analysis of Plaintiff's stated arguments regarding bad faith and how to address in brief | 1.60 | $224.00 |
| 6/25/2015 | RLW | L240 A104 | Work on reply to plaintiff response to our motion for summary judgment | 1.00 | $185.00 |
| 6/26/2015 | CFH | L110 A106 | Telephone call and email to Dan Hoffman regarding his deposition transcript | 0.20 | $13.00 |



## T·R·M·G
TOMLINSON · RUST · McKINSTRY · GRABLE

A PROFESSIONAL CORPORATION

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  9                                                                    File No. 0749-041

| 6/26/2015 | CFH | L110 A104 | Review of privilege documents waived and complete group of "important" documents | 0.30 | $19.50 |
| 6/26/2015 | GDD | L240 A104 | Review and analyze multiple documents from Cunningham and Mears file to prepare for Reply brief on motion for summary judgment | 4.60 | $851.00 |
| 6/26/2015 | JDN | L120 A104 | Work on argument that complying with claimant attorney's instructions does not equate to delay in payment, is not bad faith and that conflicting versions of events between plaintiff and defendant is only a legitimate dispute | 1.20 | $168.00 |
| 6/26/2015 | JDN | L120 A104 | Review Plaintiff's document production and bad faith attorney's document production and create list of evidence to support reply brief arguments | 3.90 | $546.00 |
| 6/26/2015 | RLW | L120 A104 | Identify CM and other documents for reply brief | 2.80 | $518.00 |
| 6/29/2015 | CFH | L240 A104 | Review and identify specific documents to be used in Allstate's Reply brief to Motion for Summary Judgment | 0.50 | $32.50 |

FED ID# 02-0753657
www.TRMGlaw.com | (405) 606-3350 | Two Leadership Square | 211 North Robinson Ave | Suite 450 | Oklahoma City, OK  73102



**T·R·M·G**

TOMLINSON · RUST · McKINSTRY · GRABLE

A PROFESSIONAL CORPORATION

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  10                                                                                    File No. 0749-041

| Date | Initials | Codes | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | | | |
| 6/29/2015 | JDN | L120 A104 | Continue analysis of Federal and State cases regarding what factual scenarios constitute granting summary judgment because the parties legitimately disputed why payment on the claim was delayed | 3.90 | $546.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 6/30/2015 | GDD | L240 A104 | Initial review and analysis of Plaintiff's arguments in Response brief on motion for summary judgment | 2.70 | $499.50 |
| 6/30/2015 | JDN | L120 A104 | Work on review of Plaintiff's Response Brief to Allstate's Motion For Summary Judgment | 2.40 | $336.00 |
| 6/30/2015 | RLW | L120 A104 | Analysis of issues for reply brief | 2.00 | $370.00 |



TOMLINSON · RUST · McKINSTRY · GRABLE

A PROFESSIONAL CORPORATION

File No. 0749-041

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)

## STATEMENT FOR PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 7/01/2015 | CFH | L110 A104 | Review of Plaintiff's Response to Motion for Summary Judgment and identify certain areas that will be addressed and organized within our Reply brief | 2.00 | $130.00 |
| 7/01/2015 | CFH | L110 A104 | Review of Dana Colvin and Ryan Cunningham's deposition and exhibits from motion for summary judgment in preparation for Reply brief | 1.40 | $91.00 |
| 7/01/2015 | GDD | L240 A104 | Review of Plaintiff's Response brief to motion for summary judgment and analysis of cited authority | 4.80 | $888.00 |
| 7/01/2015 | JDN | L120 A104 | Analyze Plaintiff's document production for evidence supporting Allstate's argument that there was no bad faith delay in payment of claim | 2.30 | $322.00 |
| 7/01/2015 | JDN | L120 A104 | Work on finding evidence from Plaintiff's document production supporting Allstate's argument that it is not the proximate cause of Plaintiff's alleged credit damage | 1.40 | $196.00 |
| 7/01/2015 | RLW | L120 A104 | Analysis of issues raised in plaintiff's response brief | 2.50 | $462.50 |



### T·R·M·G
#### TOMLINSON · RUST · McKINSTRY · GRABLE
A PROFESSIONAL CORPORATION

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  2                                                                   File No. 0749-041

| Date | Initials | Codes | Description | Hours | Amount |
|---|---|---|---|---|---|
| 7/02/2015 | GDD | L240 A103 | Prepare reply to allegations of Defendant's alleged delay in seeking medical records | 4.30 | $795.50 |
| 7/02/2015 | JDN | L120 A104 | Analyze Plaintiff's extensive response brief to Allstate's Motion For Summary Judgment | 4.30 | $602.00 |
| 7/02/2015 | RLW | L240 A103 | Work on reply brief | 0.40 | $74.00 |
| 7/03/2015 | GDD | L240 A103 | Draft response to allegations that Defendant placed "impermissible obstacles" to avoid payment of benefits | 4.60 | $851.00 |
| 7/06/2015 | GDD | L240 A103 | Draft and revise reply to Plaintiff's argument that insurance department regulations and state statutes establish "bad faith" | 5.50 | $1,017.50 |
| 7/06/2015 | JDN | L120 A104 | Analyze Plaintiff's cited legal authorities in his reponse brief to Allstate's Motion For Summary Judgment | 3.90 | $546.00 |



**T·R·M·G**

TOMLINSON · RUST · McKINSTRY · GRABLE

A PROFESSIONAL CORPORATION

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  3                                                              File No. 0749-041

| | | | | | |
|---|---|---|---|---|---|
| 7/07/2015 | GDD | L240<br>A103 | Prepare analysis and draft of Reply addressing Plaintiff's interpretation of "other insurance" provision | 4.60 | $851.00 |
| 7/07/2015 | JDN | L120<br>A104 | Work on response to Plaintiff's list of undisputed material facts | 2.60 | $364.00 |
| 7/07/2015 | JDN | L120<br>A104 | Work on argument explaining why Allstate was entitled to determine whether Plaintiff's med-pay was excess or primary per "If There Is Other Insurance" provision in his policy | 2.30 | $322.00 |
| 7/07/2015 | JDN | L120<br>A104 | Analyze whether a summary judgment movant must respond to a non-movant's list of undisputed material facts | 0.90 | $126.00 |
| 7/08/2015 | GDD | L240<br>A104 | Review of Plaintiff's arguments on "legal necessity" and the "marshalling" of funds and draft reply | 5.30 | $980.50 |
| 7/08/2015 | JDN | L120<br>A104 | Work on argument that alleged conduct is not bad faith because it does not arise above level of negligence and the parties legitimately disputed | 2.50 | $350.00 |



## T·R·M·G

**TOMLINSON · RUST · McKINSTRY · GRABLE**

A PROFESSIONAL CORPORATION

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  4                                                                                      File No. 0749-041

the underlying issues

| | | | | | |
|---|---|---|---|---|---|
| 7/08/2015 | RLW | L120<br>A106 | Correspondence to John Bengston regarding plaintiff request for discovery extension | 0.20 | $37.00 |
| 7/08/2015 | RLW | L120<br>A104 | Review of CM response to request for additional documents | 0.50 | $92.50 |
| 7/08/2015 | RLW | L330<br>A104 | Review of plaintiff application for extension of discovery | 0.50 | $92.50 |
| 7/09/2015 | GDD | L250<br>A104 | Review and analyze issues raised in Plaintiff's Motion for Extended Discovery Deadline | 1.50 | $277.50 |
| 7/09/2015 | GDD | L250<br>A104 | Review and analyze claim file and deposition testimony in preparation of factual issues in Response brief on extended discovery | 2.80 | $518.00 |
| 7/09/2015 | GDD | L250<br>A103 | Review and revisions to Allstate's Reply to Plaintiff's Response to Motion for Summary Judgment | 0.80 | $148.00 |
| 7/09/2015 | JDN | L120<br>A104 | Work on argument that for bad faith claim court must first determine that actions complained of could be considered tortious and that bad faith is above mere negligence but below recklessness | 2.30 | $322.00 |



**T·R·M·G**

TOMLINSON · RUST · McKINSTRY · GRABLE

A PROFESSIONAL CORPORATION

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  5                                                                                      File No. 0749-041

| Date | Staff | Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 7/10/2015 | CFH | L240 A103 | Work on additions to Allstate's Reply to Plaintiff's Response in Opposition to Motion for Summary Judgment | 1.00 | $65.00 |
| 7/10/2015 | GDD | L250 A103 | Prepare additional edits and exhibit references to Reply brief on motion for summary judgment | 2.30 | $425.50 |
| 7/10/2015 | JDN | L120 A104 | Analyze Plaintiff's Response to Allstate's Motion to Enforce Court Order | 2.90 | $406.00 |
| 7/10/2015 | JDN | L120 A104 | Analyze Plaintiff's application of Federal Rule of Evidence 403 to discovery issues in case | 1.30 | $182.00 |
| 7/10/2015 | JDN | L120 A104 | Review Plaintiff's cited legal authorities in Response brief to Allstate's Motion To Enforce | 1.60 | $224.00 |
| 7/10/2015 | JDN | L120 A104 | Work on rebuttal argument for Plaintiff's "delay of payment" argument | 1.80 | $252.00 |
| 7/10/2015 | JDN | L120 A104 | Correspondence to Allstate regarding Reply brief in support of summary judgment | 0.20 | $28.00 |
| 7/10/2015 | RLW | L240 A103 | Work on reply brief | 1.00 | $185.00 |
| 7/13/2015 | CFH | L110 A104 | Review and additions to Allstate's Reply brief on motion for summary judgment | 0.60 | $39.00 |



**T·R·M·G**

TOMLINSON · RUST · McKINSTRY · GRABLE

A PROFESSIONAL CORPORATION

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  6

File No. 0749-041

| 7/13/2015 | CFH | L240 A103 | Work on review of documents and exhibits for Allstate's Reply brief on motion for summary judgment | 1.50 | $97.50 |
|-----------|-----|-----------|---|------|--------|
| 7/13/2015 | GDD | L250 A101 | Prepare and select exhibit references supporting all factual statements in Reply brief on motion for summary judgment | 3.20 | $592.00 |
| 7/13/2015 | JDN | L120 A104 | Analysis of whether non-movant can submit its own motion for summary judgment in its response brief by filing a list of "undisputed material facts". | 1.40 | $196.00 |
| 7/13/2015 | JDN | L120 A104 | Work on outline of Reply brief evidence and arguments | 1.30 | $182.00 |
| 7/13/2015 | JDN | L120 A104 | Prepare Reply brief argument that a witness's financial stake in the very case in which he is testifying is discoverable to show motive and bias, and distinguish Plaintiff's cited authority | 1.40 | $196.00 |
| 7/13/2015 | JDN | L120 A104 | Work on Reply brief arguement that Plaintiff has failed to provide any valid argument or authority to support his position that the disputed documents are not discoverable | 2.10 | $294.00 |
| 7/13/2015 | JDN | L120 A104 | Work on final amendments to Allstate's Reply brief in support of its Summary Judgment | 2.40 | $336.00 |
| 7/13/2015 | RLW | L240 A103 | Work on reply brief regarding causation | 1.50 | $277.50 |
| 7/13/2015 | RLW | L330 A106 | Telephone conference with John Bengston regarding discovery | 0.50 | $92.50 |

FED ID# 02-0753657
www.TRMGlaw.com | (405) 606-3350 | Two Leadership Square | 211 North Robinson Ave | Suite 450 | Oklahoma City, OK  73102



TOMLINSON · RUST · McKINSTRY · GRABLE

A PROFESSIONAL CORPORATION

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  7
                                                                    File No. 0749-041

| 7/14/2015 | CFH | L240<br>A103 | Work on Allstate's Reply, review of deposition testimony to be used in brief and preparation of exhibits | 4.00 | $260.00 |
| 7/14/2015 | JDN | L120<br>A104 | Work on additional arguments and evidence for reply brief | 1.80 | $252.00 |
| 7/14/2015 | JDN | L120<br>A104 | Prepare list of false statements made by Plaintiff in response brief to motion to enforce and collect evidence to rebut same | 2.20 | $308.00 |
| 7/15/2015 | CFH | L210<br>A103 | Work on additions to Allstate's Reply in Support of Motion to Enforce Court's Discovery Order and exhibits | 1.80 | $117.00 |



**T·R·M·G**

TOMLINSON · RUST · McKINSTRY · GRABLE

A PROFESSIONAL CORPORATION

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  8                                                                                    File No. 0749-041

| | | | | | |
|---|---|---|---|---|---|
| 7/15/2015 | GDD | L250 A103 | Edit and revise draft of Reply on Motion to Enforce Discovery Order | 0.80 | $148.00 |
| 7/15/2015 | JDN | L120 A104 | Work on argument for Motion To Enforce Court Order that Plaintiff's use of biased and irrelevant arguments involving matters not at issue are nothing but "strawman" arguments | 3.20 | $448.00 |
| 7/15/2015 | JDN | L120 A104 | Work on amendments to arguments for Reply brief in support of Allstate's Motion To Enforce Court's Order and collect exhibits | 1.90 | $266.00 |
| 7/16/2015 | CFH | L110 A104 | Review of Lynn Preston's deposition transcript for testimony that may be confidential as a result of Plaintiff's recent letter challenging the confidentiality of the deposition | 1.50 | $97.50 |

FED ID# 02-0753657
www.TRMGlaw.com | (405) 606-3350 | Two Leadership Square | 211 North Robinson Ave | Suite 450 | Oklahoma City, OK  73102



Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  9                                                                      File No. 0749-041

| 7/16/2015 | GDD | L250 A104 | Review Plaintiff's brief on motion to extend discovery deadline and analyze issues to address therein with response | 3.20 | $592.00 |

| 7/17/2015 | GDD | L250 A101 | Prepare arguments for Response brief on extended discovery regarding Plaintiff's wrongful characterizations of "spoliation" issue | 3.50 | $647.50 |

| 7/20/2015 | GDD | L250 A101 | Prepare analysis and arguments for Response brief on "spoliation" addressing allegations of wrongful privilege | 3.00 | $555.00 |



## T·R·M·G

TOMLINSON · RUST · McKINSTRY · GRABLE

A PROFESSIONAL CORPORATION

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  10

File No. 0749-041

| 7/20/2015 | JDN | L120 A104 | Analysis of Plaintiff's claim that Allstate modified documents in claim file | 2.40 | $336.00 |

| 7/20/2015 | RLW | L120 A104 | Work on portion of brief regarding spoliation allegations | 1.30 | $240.50 |

| 7/21/2015 | CFH | L110 A104 | Review of Dana Colvin's deposition testimony relating to the exhaustion letter in preparation for Response brief to Plaintiff's motion to extend discovery | 0.60 | $39.00 |

| 7/21/2015 | GDD | L250 A101 | Prepare analysis and arguments on "spoliation" issue involving potential "moot" character of request for more discovery | 2.20 | $407.00 |



T·R·M·G
TOMLINSON · RUST · McKINSTRY · GRABLE
A PROFESSIONAL CORPORATION

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  11                                                                File No. 0749-041

| 7/21/2015 | JDN | L120 A104 | Work on discovery issues regarding entries made on First Notice Of Loss Snapshot and NextGen screens | 0.40 | $56.00 |
|---|---|---|---|---|---|

<!-- redacted -->

<!-- redacted -->

<!-- redacted -->

| 7/22/2015 | RLW | L120 A104 | Review of Lynn Preston deposition for confidentiality portions | 0.80 | $148.00 |
|---|---|---|---|---|---|

<!-- redacted -->

<!-- redacted -->

| 7/23/2015 | GDD | L250 A103 | Draft first two issues of Response brief on "spoliation" of evidence issues | 3.80 | $703.00 |
| 7/23/2015 | JDN | L120 A104 | Work on rebuttal arguments for Plaintiff's spoliation of evidence claim | 0.90 | $126.00 |
| 7/23/2015 | RLW | L310 A103 | Prepare affidavit for Lynn Preston | 0.90 | $166.50 |

FED ID# 02-0753657
www.TRMGlaw.com | (405) 606-3350 | Two Leadership Square | 211 North Robinson Ave | Suite 450 | Oklahoma City, OK  73102



Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page   12

File No. 0749-041

| 7/23/2015 | RLW | L120<br>A108 | Telephone conference with plaintiff counsel regarding Lynn Preston deposition | 0.30 | $55.50 |
| 7/24/2015 | CFH | L110<br>A104 | Review specific testimony and questioning in Denise Nichols deposition relating to the First Notice of Loss Snapshot and the claim summary screen in preparation for response to Plaintiff's Motion for Discovery Extension | 0.60 | $39.00 |
| 7/24/2015 | GDD | L250<br>A103 | Draft final argument on Response to "spoliation" allegations | 1.30 | $240.50 |
| 7/24/2015 | RLW | L330<br>A103 | Work on response to plaintiff's brief for more discovery | 1.30 | $240.50 |
| 7/27/2015 | CFH | L250<br>A103 | Review and additions to Allstate's Response to Plaintiff's Motion for Limited Extension of Discovery Deadline | 1.00 | $65.00 |



**T·R·M·G**

TOMLINSON · RUST · McKINSTRY · GRABLE

A PROFESSIONAL CORPORATION

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  13

File No. 0749-041

| Date | Initials | Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 7/27/2015 | GDD | L250 A103 | Edit and revise "spoliation" Response brief in preparation for filing | 2.30 | $425.50 |
| 7/27/2015 | JDN | L120 A104 | Work on response brief arguments regarding Plaintiff's motion to reopen discovery | 3.20 | $448.00 |
| 7/27/2015 | RLW | L330 A103 | Work on response brief regarding First Notice of Loss issues | 1.00 | $185.00 |
| 7/28/2015 | CFH | L250 A103 | Work on Allstate's Response to Plaintiff's Motion for Limited Extension of Discovery Deadline and exhibits | 0.50 | $32.50 |
| 7/30/2015 | CFH | L250 A103 | Work on Allstate's Motion to File Document Under Seal | 0.30 | $19.50 |
| 7/30/2015 | CFH | L210 A103 | Work on proposed Order for Allstate's Motion to File Document Under Seal | 0.30 | $19.50 |
| 7/30/2015 | CFH | L250 A103 | Work on final edits to Allstate's Response to Plaintiff's Motion for Limited Extension of Discovery Deadline | 0.50 | $32.50 |
| 7/30/2015 | JDN | L120 A104 | Telephone call to Plaintiff's counsel regarding exhibit protected by protective order | 0.10 | $14.00 |

FED ID# 02-0753657
www.TRMGlaw.com | (405) 606-3350 | Two Leadership Square | 211 North Robinson Ave | Suite 450 | Oklahoma City, OK  73102



T·R·M·G

TOMLINSON · RUST · McKINSTRY · GRABLE

A PROFESSIONAL CORPORATION

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  14

File No. 0749-041

| 7/30/2015 | JDN | L120 A104 | Work on Motion To File Exhibit Under Seal and related Order per Federal Local Rules | 0.30 | $42.00 |
| 7/30/2015 | JDN | L120 A104 | Prepare final additions to Allstate's Response Brief to Plaintiff's Motion For Limited Discovery | 1.10 | $154.00 |
| 7/30/2015 | RLW | L120 A103 | Work on response brief and exhibits | 0.70 | $129.50 |
| 7/31/2015 | JDN | L120 A104 | Work on Plaintiff's objections to Allstate's discovery responses and document production | 0.80 | $112.00 |
| 7/31/2015 | JDN | L120 A104 | Review Court's Order granting Allstate's Motion To Enforce Court Order | 0.20 | $28.00 |



**T·R·M·G**

TOMLINSON · RUST · McKINSTRY · GRABLE

A PROFESSIONAL CORPORATION

File No. 0749-041

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)

### STATEMENT FOR PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 8/03/2015 | RLW | L120 A104 | Review of court order in our favor on discovery | 0.30 | $55.50 |
| 8/03/2015 | RLW | L120 A106 | Correspondence to John Bengston on court order | 0.20 | $37.00 |
| 8/04/2015 | JDN | L120 A104 | Review Plaintiff's Motion To Withdraw and attached exhibit | 0.20 | $28.00 |
| 8/05/2015 | RLW | L120 A104 | Review of plaintiff motion to withdraw | 0.30 | $55.50 |
| 8/05/2015 | RLW | L120 A103 | Correspondence to John Bengston regarding plaintiff motion | 0.30 | $55.50 |





**T·R·M·G**

TOMLINSON · RUST · McKINSTRY · GRABLE

A PROFESSIONAL CORPORATION

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  2                                                                  File No. 0749-041

| Date | Initials | Codes | Description | Hours | Amount |
|---|---|---|---|---|---|
| 9/09/2015 | JDN | L120 A104 | Analyze effect of Plaintiff bad faith expert's withdrawal from case and how to defend against new expert coming in after time to designate an expert has expired | 0.80 | $112.00 |
| 9/09/2015 | RLW | L130 A104 | Analysis of plaintiff disclosure concerning Romano | 0.40 | $74.00 |
| 9/10/2015 | CFH | L110 A103 | Prepare letter to Plaintiff's counsel regarding Mark Romano withdrawing as expert | 0.10 | $6.50 |
| 9/10/2015 | RLW | L130 A108 | Correspondence to plaintiff counsel regarding disclosure concerning Romano | 0.50 | $92.50 |
| 9/11/2015 | RLW | L120 A104 | Review of letter from plaintiff counsel on expert witness withdrawal | 0.30 | $55.50 |
| 9/11/2015 | RLW | L110 A104 | Review of case law cited by plaintiff regarding substitution of expert witnesses | 0.90 | $166.50 |
| 9/17/2015 | CFH | L110 A103 | Prepare letter and email correspondence to Plaintiff regarding withdrawal of Mark Romano as expert | 0.20 | $13.00 |
| 9/28/2015 | GDD | L250 A101 | Review and analyze Plaintiff's Motion to Substitute Expert Witness for preparation of Response brief | 1.80 | $333.00 |



Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  3

File No. 0749-041

| 9/28/2015 | RLW | L130 A104 | Analysis of motion to substitute expert witness filed by plaintiff | 1.00 | $185.00 |

████████████████████████████████████████████

| 9/30/2015 | GDD | L250 A102 | Work on brief in response to Plaintiff's motion to add expert | 4.80 | $888.00 |



### T·R·M·G
TOMLINSON · RUST · McKINSTRY · GRABLE

A PROFESSIONAL CORPORATION

File No. 0749-041

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)

## STATEMENT FOR PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 10/01/2015 | GDD | L250 A101 | Work on Response to Plaintiff's Motion to Substitute "bad faith" expert | 3.50 | $647.50 |
| 10/05/2015 | GDD | L250 A103 | Draft introduction to Response brief substituting "bad faith" expert | 2.40 | $444.00 |
| 10/07/2015 | GDD | L250 A103 | Plan and prepare arguments for brief on substitution of experts | 4.40 | $814.00 |
| 10/07/2015 | RLW | L120 A103 | Work on response to motion to substitute expert witness including review of other deposition and report by proposed expert | 1.40 | $259.00 |
| 10/08/2015 | GDD | L250 A103 | Draft first proposition of Response to Plaintiff's Motion to Substitute Expert | 4.20 | $777.00 |



A PROFESSIONAL CORPORATION

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  2

File No. 0749-041

| | | | | | |
|---|---|---|---|---|---|
| ████████████ | | | | | |
| 10/12/2015 | GDD | L250 A103 | Draft second proposition of Response to Plaintiff's Motion to Substitute Expert | 4.00 | $740.00 |
| 10/13/2015 | RLW | L130 A103 | Work on motion to substitute response | 1.00 | $185.00 |
| ████████████ | | | | | |
| 10/14/2015 | CFH | L250 A103 | Work on additions to Allstate's Response to Plaintiff's Motion to Substitute Expert | 0.50 | $32.50 |
| 10/14/2015 | JDN | L120 A104 | Work on response brief to Plaintiff's motion to substitute expert witness | 1.40 | $196.00 |
| 10/15/2015 | CFH | L250 A103 | Work on additions to Allstate's Response to Plaintiff's Motion to Substitute Expert Witness and identify exhibits | 1.80 | $117.00 |
| 10/19/2015 | CFH | L250 A103 | Work on final additions to Allstate's Response to Plaintiff's Motion to Substitute Expert and exhibits in preparation for filing | 0.40 | $26.00 |
| 10/19/2015 | RLW | L130 A103 | Work on response to motion to substitute | 0.50 | $92.50 |
| 10/26/2015 | JDN | L120 A104 | Analyze Plaintiff's Reply brief regarding substitution of experts | 0.20 | $28.00 |



**TOMLINSON · RUST · McKINSTRY · GRABLE**

A PROFESSIONAL CORPORATION

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)
Page  3                                                                      File No. 0749-041

| 10/26/2015 | JDN | L120 A104 | Analyze Plaintiff's reply regarding substitution of expert and need for sur-reply | 0.50 | $70.00 |
|---|---|---|---|---|---|

FED ID# 02-0753657

www.TRMGlaw.com | (405) 606-3350 | Two Leadership Square | 211 North Robinson Ave | Suite 450 | Oklahoma City, OK  73102



File No. 0749-041

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)

### STATEMENT FOR PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 11/09/2015 | RLW | L130 A104 | Review of court order regarding expert witness | 0.30 | $55.50 |
| 11/10/2015 | JDN | L120 A104 | Review Court's order regarding motion to substitute expert witness | 0.20 | $28.00 |
| | | | | | |
| | | | | | |
| 11/24/2015 | RLW | L130 A104 | Detailed analysis of report from new expert witness for plaintiff | 2.00 | $370.00 |
| 11/24/2015 | RLW | L120 A106 | Correspondence to John Bengston and others regarding new expert witness report | 0.50 | $92.50 |



**T·R·M·G**

TOMLINSON · RUST · McKINSTRY · GRABLE

A PROFESSIONAL CORPORATION

File No. 0749-041

Re:   Williams, Roy v. Allstate Fire & Cas. Ins. Co. (Claim No. 0217611318)

## STATEMENT FOR PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 9/30/2016 | RLW | L120 A104 | analysis of court opinion ruling on motion for summary judgment | 1.00 | $185.00 |
| 9/30/2016 | RLW | L120 A106 | Correspondence to John Bengston regarding order of court | 0.50 | $92.50 |

FED ID# 02-0753657

www.TRMGlaw.com | (405) 606-3350 | Two Leadership Square | 211 North Robinson Ave | Suite 450 | Oklahoma City, OK  73102