IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROY JACK WILLIAMS,<br><br>        Plaintiff,<br><br>v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>        Defendant. | Case No. CIV-13-828-D |

## AFFIDAVIT IN SUPPORT OF DEFENDANT'S MOTION FOR ATTORNEY FEES

| | |
|---|---|
| STATE OF OKLAHOMA | |
| | ss: |
| COUNTY OF OKLAHOMA | |

I, RONALD L. WALKER, being first duly sworn, state as follows:

1.    I am an attorney licensed to practice in the State of Oklahoma.

2.    I was retained to represent Allstate Fire and Casualty Insurance Company ("Allstate") in defense of the claims asserted by Plaintiff, Roy Williams.

3.    This Affidavit is prepared in support of Allstate's Motion for Attorney Fees filed pursuant to Rule 68 of the Rules of Civil Procedure, L.Civ.R. 54.2 and 12 O.S. §1101.1 of the Oklahoma statutes.

4.    On March 26, 2015, Defendant sent an Offer of Judgment of $25,000 to Plaintiff's counsel by certified mail which was received on March 27, 2015. (*See* Exs. 1 and 2). No acceptance or response to this Offer was made by Plaintiff within 14 days following service (or at any time thereafter) as provided for by FRCP 68(a). On September 30, 2016, this Court entered an Order [Dkt. No. 134] and Judgment [Dkt. No. 135] granting Allstate's Motion for Summary Judgment that resolved all issues in this case.



5.   Defendant has reasonably and necessarily incurred attorney fees in defending this case from and after April 10, 2015, the time provided for under Fed.R.Civ.P 68 for Plaintiff to accept the Offer. An itemized copy of the fees requested is attached to this Motion (Ex. 3) listing those legal services, fees and rates for which Allstate seeks an attorney fee award. Such requested fees total $74,288.00 and represent 482.2 hours of billable time spent on the defense of this case by attorneys and legal assistants in this law firm since April 10, 2015. The fees and rates charged are reasonable, necessary and consistent with those usually charged by defense counsel to this Defendant in similar litigation.

WHEREFORE, Defendant requests that the Court enter judgment on its behalf for the award of attorney fees as the prevailing party in the amount of $74,288.00.

FURTHER AFFIANT SAITH NOT.

_____
RONALD L. WALKER

SUBSCRIBED AND SWORN TO before me this 14th day of October, 2016.

_____
NOTARY PUBLIC

My Commission Expires:

08/18/19
[SEAL]

[Notary Seal: CANDACE ADDINGTON, NOTARY PUBLIC, STATE OF OKLAHOMA, #11007554, EXP. 08/18/19]